**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Malcolm DAWSON, Defendant–Appellant.**

No. 06–10229.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 12, 2007.

Filed Jan. 25, 2007.

*Terry*-stop analysis of *Miles,* the search-incident-to-arrest analysis of *Robinson* applies.

Andrew W. Duncan, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Anne R. Traum, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, Defendant–Appellant.

Before: NOONAN, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM *

Malcolm Dawson ("Dawson") pleaded guilty to bank robbery. He appeals his two-level sentence enhancement for com-

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

mitting robbery using a threat of death under U.S.S.G. § 2B3.1(b)(2)(F) (2003). We have jurisdiction under 18 U.S.C. § 3742(a) and affirm.

The district court found that Dawson told the bank teller he had a gun. It also found that this was an appropriate case in which to impose the § 2B3.1(b)(2)(F) enhancement. "[U]nder most circumstances, a bank robber's statement that he has a gun is sufficient to instill a fear of death in a reasonable victim and therefore warrants the threat-of-death enhancement." *United States v. Jennings*, 439 F.3d 604, 605 (9th Cir.2006). The record indicates that there were no unusual circumstances. The district court's findings were not clearly erroneous.

AFFIRMED.